UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

CRIMINAL NO. 19-20726

HON. PAUL D. BORMAN

v.

D-3   GARY JONES,                          **FILED UNDER SEAL**

Defendant.

_____/

# MOTION TO SEAL SECOND
# SUPERSEDING INFORMATION

The United States of America, by its undersigned attorneys, respectfully

requests that the Second Superseding Information filed on this date, as well as this

motion and the order to seal, be sealed until further order of the Court, to prevent

harassment of government witnesses.

MATTHEW SCHNEIDER
United States Attorney

David A. Gardey
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9591
David.Gardey@usdoj.gov

Dated:  February 26, 2020

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

CRIMINAL NO. 19-20726

HON. PAUL D. BORMAN

v.

D-3   GARY JONES,

**FILED UNDER SEAL**

Defendant.

_____/

## ORDER TO SEAL SECOND
## SUPERSEDING INFORMATION

The government having moved to seal the Second Superseding Information,

and the Court being duly advised in the premises;

IT IS HEREBY ORDERED that the Second Superseding Information, as

well as the motion to seal and this order, be sealed until further Order of the Court.

R. Steven Whalen
United States Magistrate Judge

Entered:  February 27, 2020