UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

CRIMINAL NO. 19-20726

HON. PAUL D. BORMAN

v.

D-3   GARY JONES,

    Defendant.

_____/

# MOTION AND ORDER TO UNSEAL THE SECOND SUPERSEDING INFORMATION

The United States of America requests the court to unseal the Second Superseding Information and all attendant papers in the above matter.

Respectfully submitted,

MATTHEW SCHNEIDER
United States Attorney

*s/David A. Gardey*
David A. Gardey
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9591
David.Gardey@usdoj.gov

Dated:  March 4, 2020

**IT IS SO ORDERED.**

**s/Elizabeth A. Stafford**
Elizabeth A. Stafford
United States Magistrate Judge

Entered:  March 5, 2020