UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                    CRIM. NO. 19-20726

                    HON. PAUL D. BORMAN

v.

D-3 GARY JONES,

    Defendant.
_____/

## STIPULATION TO EXTEND SURRENDER DATE

The defendant and the undersigned attorneys stipulate to extend the date by which Gary Jones must report to the U.S. Bureau of Prisons (BOP). On June 10, 2021, this Court imposed sentence in this case, which included 28 months in custody to be served in a BOP facility. (ECF No. 73, PageID.547).

Consistent with the Court's statements at the time of sentencing, the judgement indicated that Jones shall report to the BOP at the date provided by the U.S. Marshal, but "no sooner than 90 days after imposition of sentence," i.e., no sooner than September 8, 2021. (ECF No. 73, PageID.548). Recently, however, Jones's counsel received notification from the U.S. Marshal that Jones must report by July 28, 2021.

The parties therefore seek an order by this Court extending the surrender date from July 28, 2021 to a date no earlier than September 8, 2021. Among other

things, this extension will allow Jones and his counsel to meet with the UAW monitor, who was appointed pursuant to the Consent Decree in *United States v. Int'l Union, United Automobile, Aerospace, and Agricultural Implement Workers of America*, E.D. Mich. No. 20-cv-13293.

**IT IS SO STIPULATED.**

                                  SAIMA S. MOHSIN
                                  United States Attorney

| s/J. BRUCE MAFFEO    (with consent) | s/STEVEN P. CARES |
|---|---|
| Attorney for Defendant | Assistant United States Attorney |
| 45 Broadway Atrium, Suite 1600 | 211 W. Fort St., Ste. 2001 |
| New York, NY 10006 | Detroit, MI   48226 |
| Phone: (212) 883-4951 | Phone:   (313) 226-9139 |
| Email: jbmaffeo@cozen.com | Email: steven.cares@usdoj.gov |

Dated:   July 20, 2021

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                CRIM. NO. 19-20726

                HON. PAUL D. BORMAN

v.

D-3 GARY JONES,

    Defendant.
_____/

## ORDER EXTENDING SURRENDER DATE

Upon this Court's consideration of the parties' stipulation, and the Court being apprised of the circumstances,

IT IS ORDERED that the defendant, Gary Jones, is to report to the United States Bureau of Prisons' facility that he has been designated on or before September 8, 2021.

**IT IS SO ORDERED.**

                                  s/Paul D. Borman
                                  HON. PAUL D. BORMAN
                                  United States District Judge

Entered: July 20, 2021